MEREDITH FUCHS (D.C. Bar No. 450325)
THE NATIONAL SECURITY ARCHIVE
The Gelman Library
2130 H Street, N.W., Suite 701
Washington, D.C., 20037
202.994.7059

JOHN B. WILLIAMS (D.C. Bar No. 257667)
SHEILA L. SHADMAND (D.C. Bar No. 465842)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
202.879.3939

*Attorneys for Plaintiff*
*The National Security Archive*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. _____ (    ) |
| EXECUTIVE OFFICE OF THE PRESIDENT, et al. | : |
| Defendants. | : |

## CORPORATE DISCLOSURE STATEMENT

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiff The National Security Archive, certify that to the best of my knowledge and belief, Plaintiff The National Security Archive has no parent companies, subsidiaries or affiliates, and has no outstanding securities in the hand of the public.

Attorney of Record for Plaintiff National Security Archive:

_/s/ Meredith Fuchs / SLS_

MEREDITH FUCHS (D.C. Bar No. 450325)
THE NATIONAL SECURITY ARCHIVE
The Gelman Library
2130 H Street, N.W., Suite 701
Washington, D.C., 20037
202.994.7059

JOHN B. WILLIAMS (D.C. Bar No. 257667)
SHEILA L. SHADMAND (D.C. Bar No. 465842)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
202.879.3939