UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE OF THE PRESIDENT,<br>　　　et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civ. Action No. 07-1577 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO CONSOLIDATE**

Pursuant to Federal Rule of Civil Procedure 42, plaintiff the National Security Archive (the "Archive") moves to consolidate *Citizens for Responsibility and Ethics in Washington v. Executive Office of the President, et al*, Civ. No. 07-1707 (HHK/JMF), which involves virtually identical claims under the Federal Records Act and the Administrative Procedures Act against the same defendants, with this case.

**BACKGROUND**

On September 5, 2007, the Archive filed this case seeking injunctive relief against the Executive Office of the President, the Office of Administration, Executive Office of the President, Alan Swendiman, the Director of the Office of Administration, Executive Office of the President, the Archivist of the United States, and the National Archives and Records Administration.  The suit concerns the improper deletion of federal records within the Executive Office of the President.  On September 25, 2007, Citizens for Responsibility and Ethics in Washington (CREW) filed a virtually identical complaint against the same defendants and designated it as related to this case.  The parties separately have engaged in correspondence and

communications with the Department of Justice seeking assurances that the records that are the subject of the two suits will be protected during the pendency of the suit.

The DOJ's response to each plaintiff has been virtually identical. On October 11, 2007 CREW filed a motion for a temporary restraining order against the White House defendants seeking an order requiring preservation of all the records that are the subject of the suit. The government opposed the motion and CREW replied. A hearing was held before Magistrate Judge Facciola on October 18, 2007.

## ARGUMENT

Fed. R. Civ. P. 42 states that "[w]hen actions involving a common question of law or fact are pending before the court . . . it may order all the actions consolidated." This action and *CREW v. EOP* involve a myriad of common legal issues and factual questions. In each case the plaintiffs have sued the same defendants under the same statutes and alleging essentially the same facts. The plaintiffs in both cases seek the same relief, primarily an order requiring the restoration of the missing e-mail messages pursuant to the Federal Records Act.

Consolidating these cases will conserve the resources of all of the parties to this litigation as well as the resources of this Court. Because CREW's motion for a temporary restraining order has not yet been decided by the Court, these cases are at the same stage. If plaintiffs' motion to consolidate is granted, the Archive would join CREW's pending motion for a temporary restraining order. If the motion to consolidate is not granted, the Archive would file a motion for a temporary restraining order in this case that is identical to the pending motion in CREW's case, and the Court would need to schedule a separate hearing on that motion. Plaintiffs move to consolidate to avoid unnecessary duplication.

Counsel for plaintiff has consulted with Anne Weismann, counsel for CREW, plaintiff in Civ. No. 07-1707 (HHK/JMF), and counsel consents to consolidation of the actions. On Friday October 19, 2007, Counsel for plaintiff left a voicemail message for and sent an e-mail message to Helen Hong, counsel for the defendants in this action and in Civ. No. 07-1707 (HHK/JMF), in which the Archive requested the defendants' view on this motion to consolidate. At this time, no response has been received from the government.

## CONCLUSION

For the foregoing reasons, the Archive respectfully request that this Court consolidate this case with *Citizens for Responsibility and Ethics in Washington v. Executive Office of the President, et al*, Civ. No. 07-1707 (HHK/JMF).

Respectfully submitted,

DATED: October 22, 2007

_____
JOHN B. WILLIAMS (D.C. Bar No. 257667)
SHEILA L. SHADMAND (D.C. Bar No. 465842)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
202.879.3939

MEREDITH FUCHS (D.C. Bar No. 450325)
THE NATIONAL SECURITY ARCHIVE
The Gelman Library
2130 H Street, N.W., Suite 701
Washington, D.C., 20037
202.994.7059

*Attorneys for Plaintiff The National Security Archive*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
THE NATIONAL SECURITY ARCHIVE,      )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civ. Action No. 07-1577 (HHK)
                                    )
EXECUTIVE OFFICE OF THE PRESIDENT,  )
        et al.,                     )
                                    )
            Defendants.             )
_____)

**(PROPOSED) ORDER**

Upon consideration of the plaintiffs motion to consolidate *Citizens for Responsibility and Ethics in Washington v. Executive Office of the President, et al*, Civ. No. 07-1707 (HHK/JMF), with this case, and any responses or replies thereto, it is hereby **ORDERED** that the motion is granted and *Citizens for Responsibility and Ethics in Washington v. Executive Office of the President, et al*, Civ. No. 07-1707 (HHK/JMF), with this case.

**SO ORDERED**.


DATE:                                    _____
                                         Henry H. Kennedy
                                         United States District Judge