UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1577 (HHK) |
| ) | |
| EXECUTIVE OFFICE OF THE PRESIDENT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CERTIFICATE OF SERVICE**

This Notice is filed to provide a certificate of service for the Motion to Consolidate and Proposed Order of the National Security Archive filed on this day.

Respectfully submitted,

DATE: October 22, 2007        _____
Meredith Fuchs

**Certificate of Service**

I hereby Certify that on October 22, 2007, one copy of the Motion to Consolidate and Proposed Order of the National Security Archive filed on this day was served by United States Mail and electronic mail on the attorney listed below who has identified herself in correspondence as the attorney for the government defendants in this action:

Helen H. Hong
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box. 883
Washington, DC 20044


_____
Meredith Fuchs