# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EXECUTIVE OFFICE OF THE ) | |
| PRESIDENT, ) | |
| ) | |
| EXECUTIVE OFFICE OF THE ) | |
| PRESIDENT, OFFICE OF ) | |
| ADMINISTRATION, ) | |
| ) | |
| ALAN R. SWENDIMAN, HEAD OF ) | Civil Action No: 1:07-cv-01577 (HKK) |
| THE OFFICE OF ADMINISTRATION ) | |
| (in his official capacity), ) | |
| Eisenhower Executive Office Building ) | |
| 725 17th Street, N.W. ) | |
| Washington, D.C. 20503, ) | |
| ) | |
| THE NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION (NARA), ) | |
| ) | |
| and ) | |
| ) | |
| DR. ALLEN WEINSTEIN, ARCHIVIST ) | |
| OF THE UNITED STATES ) | |
| (in his official capacity), ) | |
| 8601 Adelphi Road ) | |
| College Park, MD 20740, ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF NON-OPPOSITION TO
## PLAINTIFF'S MOTION TO CONSOLIDATE

On October 22, 2007, plaintiff National Security Archive ("NSA") filed a motion under

Federal Rule of Civil Procedure 42 to consolidate <u>National Security Archive v. Executive Office</u>

of the President, et al., Civ. No. 07-1577 (D.D.C.), with related case Citizens for Responsibility

and Ethics in Washington v. Executive Office of the President, et al., Civ. No. 07-1707 (D.D.C.).

Consistent with Federal Rule of Civil Procedure 42 and Local Civil Rule 40.5, defendants do not

oppose plaintiff's motion.

        Respectfully submitted this 31st day of October, 2007.

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH SHAPIRO
Assistant Branch Director

/s/ Helen H. Hong
HELEN H. HONG (CA SBN 235635)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 883, 20 Massachusetts Ave., NW
Washington, D.C.  20044
Telephone: (202) 514-5838
Fax: (202) 616-8460
helen.hong@usdoj.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, a true and correct copy of the foregoing Defendant's Notice of Non-Opposition to Plaintiff's Motion to Consolidate was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

/s/ Helen H. Hong
HELEN H. HONG

## CERTIFICATION OF FAMILIARITY WITH LOCAL RULES

I, Helen H. Hong, pursuant to Local Civil Rule 83.2(j), hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia, and other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

/s/ Helen H. Hong
HELEN H. HONG