## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.    ) <br> ) <br> EXECUTIVE OFFICE OF THE  ) <br> PRESIDENT, et al.,   ) <br> ) <br> Defendants. ) <br> ) | Civil Action No: 1:07-cv-01577 (HKK) |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOVEMBER 29, 2007

Pursuant to Federal Rules of Civil Procedure 6(b), 12 and Local Civil Rule 7(m), defendants, through undersigned counsel, hereby request an extension of time until November 29, 2007 to respond to plaintiff's Complaint.

Plaintiff filed its complaint on September 5, 2007 and served the United States Attorney for the District of Columbia on September 6, 2007. Defendant's response is therefore due on or before November 8, 2007. Defendant requests a 21-day extension until November 29, 2007 to respond to plaintiff's Complaint. On September 25, 2007, Citizens for Responsibility and Ethics in Washington filed related case, <u>Citizens for Responsibility and Ethics in Washington v. Executive Office of the President, et al.</u>, Civ. No. 07-1707 (HKK/JMF), and served the United States Attorney for the District of Columbia on September 27, 2007. A response is accordingly due in that case on November 29, 2007. Plaintiff National Security Archive filed a motion to consolidate both actions on October 22, 2007. Defendants did not oppose plaintiff's request.

Defendant anticipates filing a motion to dismiss both complaints in the related actions

for, among other arguments, lack of subject matter jurisdiction and for failure to state a claim. Undersigned counsel requests the additional time to file a consolidated response to both complaints on the same date, and to consult with defendants and prepare the dispositive motion. Permitting a consolidated response will serve the ends of judicial economy and should not prejudice plaintiff, which has requested consolidated proceedings itself.  This is the first extension sought to respond to the Complaint.

As required by Local Rule 7(m), undersigned counsel requested plaintiff's position on the contents of this enlargement motion.  Plaintiff's counsel indicated by email that plaintiff opposes this request.

Respectfully submitted this 5th day of November, 2007.

                        PETER D. KEISLER
                        Assistant Attorney General

                        JEFFREY A. TAYLOR
                        United States Attorney

                        ELIZABETH J. SHAPIRO
                        Assistant Branch Director

                        /s/ Helen H. Hong
                        HELEN H. HONG (CA SBN 235635)
                        Trial Attorney
                        U.S. Department of Justice, Civil Division
                        P.O. Box 883, 20 Massachusetts Ave., NW
                        Washington, D.C.  20044
                        Telephone: (202) 514-5838
                        Fax: (202) 616-8460
                        helen.hong@usdoj.gov

                        Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2007, a true and correct copy of the foregoing Defendant's Motion for an Enlargement of Time to Respond to Plaintiff's Complaint by November 29, 2007 was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

/s/ Helen H. Hong
HELEN H. HONG

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE NATIONAL SECURITY ARCHIVE, )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>EXECUTIVE OFFICE OF THE   )<br>PRESIDENT, et al.,   )<br>)<br>Defendants.   )<br>) | Civil Action No: 1:07-cv-01577 (HKK) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Upon consideration of the papers filed by all the parties and arguments of counsel, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time to Respond to Plaintiff's Complaint be, and hereby is, GRANTED.  Defendants shall have until November 29, 2007 to respond to plaintiff's Complaint.

Dated this _____ day of _____, 2007.

_____
HONORABLE HENRY K. KENNEDY
United States District Court Judge