UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>                    **Plaintiff,**<br><br>          v.<br><br>**EXECUTIVE OFFICE OF THE PRESIDENT, et al.,**<br>                    **Defendants.** | **Civil Action 07-01707 (HHK)** |
| **THE NATIONAL SECURITY ARCHIVE**<br>                    **Plaintiff,**<br><br>          v.<br><br>**EXECUTIVE OFFICE OF THE PRESIDENT, et al.,**<br>                    **Defendants.** | **Civil Action 07-01577 (HHK)** |

**ORDER TO CONSOLIDATE**

Upon consideration of plaintiff's unopposed motion to consolidate *Citizens for Responsibility and Ethics in Washington v. Executive office of the President*, et al., Civ. No. 07-1707 (HHK/JMF), with this case, it is hereby

**ORDERED** that the motion is granted and *Citizens for Responsibility and Ethics in Washington v. Executive office of the President*, et al., Civ. No. 07-1707 (HHK/JMF), is consolidated with this case; and it is further

**ORDERED** that henceforth all filings in these consolidated cases shall be docketed in *Citizens for Responsibility and Ethics in Washington v. Executive office of the President*, et al., Civ. No. 07-1707.

> Henry H. Kennedy, Jr.
> United States District Judge

Dated: November 12, 2007