UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**EXECUTIVE OFFICE OF THE PRESIDENT, et al.,**<br>　　　　　　　　**Defendants.** | Civil Action 07-01707 (HHK )(JF) |
| **THE NATIONAL SECURITY ARCHIVE**<br>　　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**EXECUTIVE OFFICE OF THE PRESIDENT, et al.,**<br>　　　　　　　　**Defendants.** | Civil Action 07-01577 (HHK) (JF) |

**ORDER**

It is hereby ordered that the motion for Discovery and to Compel Rule 26(f) Conference filed by Citizens for Responsibility and Ethics in Washington [#14] and the Motion to Expedite Service of Discovery Requests and to Compel Rule 26(f) Conference by National Security Archive [#5}]are referred to United Magistrate Judge Facciola for his determination pursuant to LCvR 72,2(a).  Further, if discovery is ordered, any subsequent disputes regarding discovery in this action shall be determined by Judge Facciola pursuant to LCvR 72.2(a). Henceforth, all filings in this case pertaining to discovery shall include the initials "JF" in the caption next to the initials of the undersigned Judge.  See LcvR 5.1(f)

　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1.

1.