AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Citizens for Responsibility and Ethics in Washington

**SUMMONS IN A CIVIL CASE**

V.

Executive Office of the President, et al.

CA: Case: 1:07-cv-01707
Assigned To : Kennedy, Henry H.
Assign. Date : 9/25/2007
Description: General Civil

TO: (Name and address of Defendant)

Honorable Peter D. Keisler
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anne L. Weismann
Melanie Sloan
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                SEP 2 5 2007
CLERK                                   DATE

_/s/ Maureen_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/27/07 |

| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Delvon Whitmire Supervisor

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/27/07      [signature]
             Date          Signature of Server

1522 K St NW Ste 200 WA 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.