AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THE NATIONAL SECURITY ARCHIVE
The Gelman Library
2130 H Street, N.W., Suite 701
Washington, D.C. 20037

**SUMMONS IN A CIVIL CASE**

V.

EXECUTIVE OFFICE OF THE PRESIDENT, et al.
Eisenhower Executive Office Building
725 17th Street, N.W.
Washington, D.C. 20503

CASE

Case: 1:07-cv-01577
Assigned To : Kennedy, Henry H.
Assign. Date : 9/5/2007
Description: General Civil

TO: (Name and address of Defendant)

Alan R. Sendiman, Head of the Office
 of Administration (in his official capacity)
Eisenhower Executive Office Building
725 17th Street, N.W.
Washington, D.C. 20503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Meredith Fuchs, Esq.
The National Security Archive
The Gelman Library
2130 H Street, N.W., Suite 701
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP - 5 2007
CLERK                                       DATE

_(signature)_
DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The National Security Archive

vs.

Executive Office of the President, et al.

No. 1:07-CV-01577 HHK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint for Declaratory, Injunctive and Mandamus Relief, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:58 pm on September 6, 2007, I served Alan R. Sendiman, Head of the Office of Administration at 725 17th Street, NW, Washington, DC 20503 by serving Christopher A. Caimano, Intern, White House Counsel, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     30
HEIGHT-  5'6"
HAIR-    BLACK
WEIGHT-  150
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 9/7/07
Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 194030